AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

HEATHER M. BARCLAY, individually, and on behalf of all others similarly situated

V.

CAPITAL ONE BANK (USA), N.A.

CASE NUMBER: 1:19-cv-02188

ASSIGNED JUDGE: Hon. Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Capital One Bank (USA), N.A.
C/O Registered Agent
c/o Corporation Service Company
1111 E. Main St., Suite 1600
Richmond, VA 23218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

M. Cole

(By) DEPUTY CLERK



April 2, 2019

DATE

--4410      *33515*

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Heather M. Barclay, individually, and on behalf of all others similarly situated    PLAINTIFF

VS.

Capital One Bank (USA), N.A.    DEFENDANT

CASE NO: 1:19-cv-02188
CLIENT NO:

## AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

Said service to, **Capital One Bank (USA), N.A. C/O Registered Agent c/o Corporation Service Company**, was effected for Paul Watson at **1111 E. Main St., Suite 1600, Richmond, VA 23218** on **04/12/2019 10:51 AM** with a copy of the:

[X] SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, NOTICE OF MANDATORY INITIAL DISCOVERY, AMENDED STANDING ORDER : for a court return date of in the following manner:

[X] Personal Service     x Rene Nordquist, Agent
[] Substitute Service    x _____

Begin unable to make personal service, a copy was delivered in the following manner:
[] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name: _____ Age: _____ Relation: _____

[] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[] Served on Secretary of the Commonwealth    x _____
[] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[] Not Found
[] No Service

() Copy mailed to judgment debtor after serving the garnishee
    On date of service unless a different date of mailing is known

**Randy Carmichael**
Process Server- Print & Sign
804-421-2773
M.T.G. Process Servers LLC
4907 Fitzhugh Avenue, Suite 201
Richmond, VA 23230

Comments:

Commonwealth of Virginia, County of Henrico
    Subscribed and Sworn/Affirmed before me this 12 day of Apr, 2019

*33515*